UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK,　　　　　　　　　　Case No. : 20-cv-13280

　　*Plaintiff*,　　　　　　　　　　　　　　HON: Linda V. Parker
　　　　　　　　　　　　　　　　　　　　MAG: Elizabeth A Stafford

*v.*

CITIZENS BANK,
　　NATIONAL ASSOCIATION

　　*Defendant*.

_____

NOTICE OF DISMISSAL

Comerica Bank, by counsel, requests that the above-entitled civil action be dismissed under F.R.Civ.P. 41(a)(1)(A)(i).


Dated: March 10, 2021　　　　　　　　s/ David F. Wells
　　　　　　　　　　　　　　　　　　Stancato Tragge Wells, PLLC
　　　　　　　　　　　　　　　　　　*For* Comerica Bank
　　　　　　　　　　　　　　　　　　Two Towne Square, Suite 825
　　　　　　　　　　　　　　　　　　Southfield, MI  48076
　　　　　　　　　　　　　　　　　　(248) 731-4500
　　　　　　　　　　　　　　　　　　dwells@stwlawfirm.com
　　　　　　　　　　　　　　　　　　P47588