**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

COMERICA BANK,

        Plaintiff,

    V.                             CASE NO. 20-13280
                                        HON. LINDA V. PARKER

CITIZENS BANK N.A,

        Defendant.

_____/

## ORDER OF DISMISSAL

    The Plaintiff having filed a Notice of Voluntary Dismissal (ECF No. 4) on

March 10, 2021; Accordingly, the above-entitled action is **DISMISSED**.

    **IT IS SO ORDERED**.


                        s/Linda V. Parker_____
                        Linda V. Parker
                        United States District Judge

Dated:  March 10, 2021